A determination having been made that appellant, Truman Harmon, could not be convicted of both burglary in the third degree and theft of property in the second degree, where both charges arose from the same act, we remanded this case to the trial court with instructions to vacate one of the convictions and one of the sentences. The record reflects that the trial court has fully complied with our remand, and has made due return, showing that the conviction and sentence previously entered in regard to the burglary in the third degree charge have been vacated and set aside.
Appellant's convictions for escape in the second degree (Case No. CC 85-014) and theft of property in the second degree (Case No. CC 84-037) are proper, and he stands convicted of those offenses. The appropriate order having been entered by *Page 719 
the lower court in these proceedings, this case is due to be affirmed. A.R.Crim.P.Temp. 20.
OPINION EXTENDED; AFFIRMED.
All Judges concur.